UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Karen M. Williams, U.S.M.J. |
| v. | : | Case No. 19-mj-5644 (KMW) |
| RICHARD TOBIN, | : | <u>CONSENT ORDER MODIFYING CONDITIONS OF RELEASE</u> |
| Defendant. | : | |
| | : | |

This matter having come before the Court on the application of the United States of America, Craig Carpenito, United States Attorney, (Kristen M. Harberg, Assistant United States Attorney, appearing), and the defendant, Richard Tobin (Lisa Evans Lewis, AFPD, appearing), having no objection for an Order modifying the conditions of release to include all of the "no contact" provisions that this Court verbally ordered on the record at the hearing on April 15, 2020; and all other terms and conditions of release set forth in this Court's April 15, 2020 Order Setting Conditions of Release shall remain in full force and effect; and for good cause shown;

**It is, on this** \_\_\_20th\_\_\_ **day of April, 2020,**

ORDERED that the defendant's conditions of release entered on April 15, 2020, be modified to reflect that the defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, with any person who was involved in any way in

the conduct underlying the criminal charge, and any current or former members of The Base or Atomwaffen Division.

Honorable Karen M. Williams
United States Magistrate Judge

The undersigned hereby consent to
the entry and form of this order:

CRAIG CARPENITO
United States Attorney

/s/ Kristen M. Harberg
_____     Dated: April 17, 2020
By: KRISTEN M. HARBERG
Assistant United States Attorney

s/ Lisa Evans Lewis
_____     Dated: April 17, 2020
LISA EVANS LEWIS, ESQ.
Attorney for Defendant Antoine Wiggins

2