AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21-173 (RBK) |
| Richard Tobin ) | |
| ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/26/2021

s/ Richard Tobin
*Defendant's signature*

s/ Lisa Evans Lewis
*Signature of defendant's attorney*

Lisa Evans Lewis, Esquire
*Printed name of defendant's attorney*

[judge's signature]
*Judge's signature*

Hon. Robert B. Kugler, U.S. District Court Judge
*Judge's printed name and title*